**STATE of Missouri, Respondent,**

v.

**Kenny Brian MURRELL, Appellant.**

**No. WD 43154.**

Missouri Court of Appeals,
Western District.

Dec. 11, 1990.

Bruce W. Simon, Kansas City, for appellant.

William L. Webster, Atty. Gen., William J. Bryan, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and SHANGLER and MANFORD, JJ.

## ORDER

PER CURIAM:

Direct appeal from jury-waived conviction for possession of a controlled substance, in violation of § 195.020, RSMo 1986.

Judgement affirmed. Rule 30.25(b).